# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**JOEL SCHNEIDER**<br>UNITED STATES MAGISTRATE JUDGE | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Room 2060<br>CAMDEN, NJ 08101-0887<br>(856) 757-5446 |

ELECTRONICALLY FILED
November 6, 2008

James M. Monica, Esquire
Kroll, Heineman, LLC
99 Wood Avenue South
Suite 307
Iselin, NJ 08830

Re: **New Jersey Building Laborers' Statewide Benefits Fund v. Arthur J. Ogren, Inc., et al.
Civil No. 07-1315 (RMB)**

Dear Mr. Monica:

With regard to your Motion to Enforce Settlement Agreement [Doc. No. 63], the Court questions whether it has jurisdiction to decide the issue. This case has been closed and your motion raises a new claim that was not previously part of the case. By November 20, 2008, you are directed to serve the Court with a letter brief to show cause why the case should not be dismissed for lack of jurisdiction.

Very truly yours,

*s/ Joel Schneider*

JOEL SCHNEIDER
United States Magistrate Judge

JS:jk
cc: Hon. Renée Marie Bumb
    All Counsel